IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ALTANTA DIVISION

UNITED STATES OF AMERICA,               CASE NO: 1:25-MJ-1116

v.

BILLY JOE CAGLE,
      Defendant.

___

**UNOPPOSED MOTION TO RESET DETENTION HEARING**
___

**COMES NOW** the Defendant, Billy Joe Cagle, by and through undersigned counsel, and respectfully moves this Honorable Court to reset the detention hearing currently scheduled for October 29, 2025, at 2:30 p.m. in the above-styled matter . In support of this motion, the Defendant shows the Court as follows:

1.

The defense is currently engaged in the process of gathering medical records relevant to Mr. Cagle.

2.

These materials are critical to ensuring the Court has a complete and accurate record upon which to base its decision regarding Mr. Cagle's detention.

3.

Counsel for the United States has been contacted and does not oppose the requested continuance.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court grant this motion, reset the detention hearing to a date convenient to the Court and counsel.

Respectfully submitted this 29<sup>tth</sup> day of October, 2025.

*s/ F. Renee Regard Rockwell*
Renee Rockwell, Esq.
Attorney for Defendant
3481 Lakeside Drive NE
Atlanta, Georgia 30326-1368
Tel: (404) 551-0000 Direct Dial (404) 504-7033 Office
Email: ReneeRockwell@gmail.com

*s/Preston Haliburton*
Preston Haliburton, Esq.
Co-Counsel for Defendant
Haliburton Law Firm
310 Newnan Street, Suite A
Carrollton, Georgia 30117
Tel: (404) 217-9028
Email: prestonhaliburton@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ALTANTA DIVISION

UNITED STATES OF AMERICA,                CASE NO: 1:25-MJ-1116

v.

BILLY JOE CAGLE,
    Defendant.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties of record.

Dated: October 29, 2025.

<u>s/ F. Renee Regard Rockwell</u>
Renee Rockwell, Esq.
Attorney for Defendant
3481 Lakeside Drive NE
Atlanta, Georgia 30326-1368
Tel: (404) 551-0000 Direct Dial
(404) 504-7033 Office
Email: ReneeRockwell@gmail.com

3 | P a g e